Darius Gleason, Esq. (SBN 284103)
THE LAW OFFICE OF DARIUS GLEASON
24310 Moulton Parkway Suite O, #176
Laguna Hills, California 92637
Telephone:   (949) 715-5887
Facsimile:    (949) 715-5887
Attorney for Defendant,
Eyemagine Technology LLC
Darius.Gleason@cox.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO OFFICE

| | |
|---|---|
| CLOUGH CONSTRUCTION, DEANNE CLOUGH <br><br> Plaintiffs, <br><br> v. <br><br> EYEMAGINE TECHNOLOGY LLC <br><br> Defendant. | Case No.: 3:13-cv-01900-JCS <br> Judge: Hon. Samuel Conti <br><br> **ORDER TO CONTINUE HEARING ON MOTION TO DISMISS** <br><br> **DATE:** <br> **TIME:** <br> **COURTROOM:** |

Having carefully considered the stipulations of counsel, IT IS HEREBY ORDERED that the Hearing on Defendant's Motion to Dismiss be, and is hereby, CONTINUED FOR SIXTY (60) DAYS UNTIL SEPTEMBER 13, 2013.

7/10/2013

*[Signature: Judge Samuel Conti]*

UNITED STATES DISTRICT JUDGE

**ORDER TO CONTINEU HEARING ON MOTION TO DISMISS**

1